GREENBERG TRAURIG, LLP
KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
1201 K STREET, SUITE 1100
Sacramento, California 95817
Tel: (916) 442-1111
Fax: (916) 448-1709
FinnertyK@gtlaw.com
KoenigsbergM@gtlaw.com

Attorneys for Defendant
Cash America Net of California, LLC
dba CashNetUSA (sued erroneously herein
as CashNetUSA dba Cash America
Net of California, LLC)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EUGENE DALTON, | CASE NO. _____ |
| Plaintiff, | **CERTIFICATE OF SERVICE RE NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| CASHNETUSA d/b/a CASH AMERICA NET OF CALIFORNIA, LLC, | |
| Defendant. | TRIAL DATE:     None |

Jolene M. Gordo certifies and declares as follows:

1.     I am over the age of 18 and not a party to this action.

2.     My business address is 1201 K Street, Suite 1100, Sacramento, California, which is located in the city, county and state where the service described below took place.

3.     On August 1, 2007, I caused to be delivered by U.S. Mail to the office of Plaintiff's counsel a sealed envelope containing a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to this Certificate as Exhibit A, dated August 1, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 1, 2007, at Sacramento, California

Jolene M. Gordo

CERTIFICATE OF SERVICE RE NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1201 K Street, Suite 1100, Sacramento, CA 95814 .**

On **August 1, 2007**, I served the **CERTIFICATE OF SERVICE RE NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Ronald Wilcox, Esq.<br/>
2160 The Alameda, First Floor, Suite F<br/>
San Jose, CA  95126<br/>
Telephone: (408) 296-0400<br/>
Facsimile: (408) 296-0486

☒ **(BY MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Sacramento, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express.  Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Sacramento, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**

On Type Date here, I transmitted the foregoing document(s) by facsimile sending number.  Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**

I delivered such envelope by hand to the offices of the addressee.  Executed on Type Date here, at Sacramento, California.

☒ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 1, 2007**, at Sacramento, California.

Jolene M. Gordo

**EXHIBIT A**

GREENBERG TRAURIG, LLP
KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
1201 K STREET, SUITE 1100
Sacramento, California 95817
Tel: (916) 442-1111
Fax: (916) 448-1709
FinnertyK@gtlaw.com
KoenigsbergM@gtlaw.com

Attorneys for Defendant
Cash America Net of California, LLC
dba CashNetUSA (sued erroneously herein
as CashNetUSA dba Cash America
Net of California, LLC)

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| EUGENE DALTON,<br><br>          Plaintiff,<br><br>vs.<br><br>CASHNETUSA d/b/a CASH AMERICA NET OF CALIFORNIA, LLC,<br><br>          Defendant. | CASE NO. 107 CV088846<br><br>**NOTICE TO ADVERSE PARTIES AND TO THE SUPERIOR COURT OF REMOVAL TO FEDERAL COURT**<br><br>TRIAL DATE:          None |

TO PLAINTIFF EUGENE DALTON, AND HIS ATTORNEYS OF
RECORD, AND TO THE CLERK OF THE SUPERIOR COURT:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed
in the United States District Court for the Northern District of California on August 1,
2007.

A copy of the said Notice of Removal is attached to this notice as Exhibit A and
is served and filed herewith. The original Notice of Removal has been filed with the
United States District Court for the Northern District of California.

Pursuant to 28 U.S.C. § 1446(d), the filing of said Notice of Removal in the
United States District Court, together with the filing of said Notice of Removal with
this Court, effects removal of this action. Accordingly, the Court may proceed no
further in this action unless and until this case is remanded to this Court from the
United States District Court.

DATED: August _1_, 2007        GREENBERG TRAURIG, LLP

By: _Marc B. Koenigsberg_
   Kathleen E. Finnerty
   Marc B. Koenigsberg
   Attorneys for Defendant
   Cash America Net of California, LLC
   dba CashNetUSA (sued erroneously herein
   as CashNetUSA dba Cash America
   Net of California, LLC)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1201 K Street, Suite 1100, Sacramento, CA 95814**

On August 1, 2007, I served the **NOTICE TO ADVERSE PARTIES AND TO THE SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Ronald Wilcox, Esq.
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Telephone: (408) 296-0400
Facsimile: (408) 296-0486

☒ **(BY MAIL)**
☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Sacramento, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Sacramento, California.

☒ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 1, 2007**, at Sacramento, California.

Jolene M. Gordo