```
GREENBERG TRAURIG, LLP
KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
1201 K STREET, SUITE 1100
Sacramento, California 95814
Tel: (916) 442-1111
Fax: (916) 448-1709
FinnertyK@gtlaw.com
KoenigsbergM@gtlaw.com

Attorneys for Defendant
Cash America Net of California, LLC
dba CashNetUSA (sued erroneously herein
as CashNetUSA dba Cash America
Net of California, LLC)
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EUGENE DALTON, | CASE NO. 07-cv-03965 - JF |
| Plaintiff, | **DEFENDANT'S DISCLOSURE STATEMENT** |
| vs. | |
| CASHNETUSA d/b/a CASH AMERICA NET OF CALIFORNIA, LLC, | |
| Defendant. | TRIAL DATE:   None |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Defendant Cash America Net of California, LLC, is a wholly-owned subsidiary of Cash America Net Holding, LLC, which in turn is a wholly-owned subsidiary of Cash America International, Inc.

DATED: August 2, 2007        GREENBERG TRAURIG, LLP

By: /s/ Marc B. Koenigsberg
Kathleen E. Finnerty
Marc B. Koenigsberg
Attorneys for Defendant
Cash America Net of California, LLC
dba CashNetUSA (sued erroneously herein as CashNetUSA dba Cash America Net of California, LLC)

PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1201 K Street, Suite 1100, Sacramento, CA 95814**.

On **August 2, 2007**, I served the **DEFENDANT'S DISCLOSURE STATEMENT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

>Ronald Wilcox, Esq.
>2160 The Alameda, First Floor, Suite F
>San Jose, CA 95126
>Telephone: (408) 296-0400
>Facsimile: (408) 296-0486

☒ **(BY MAIL)**
☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Sacramento, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Sacramento, California.

☒ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 2, 2007**, at Sacramento, California.

*Jolene M. Gordo*

SAC 441137484 8/2/2007

PROOF OF SERVICE