RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Attorney for Plaintiff

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

EUGENE DALTON,
    Plaintiff,

Case No. 07-CV-03965-JF

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

CASHNETUSA d/b/a CASH AMERICA NET OF CALIFORNIA, LLC.,
    Defendants.

    The parties have resolved this matter through a separate written agreement. Therefore, the parties request this matter be dismissed with prejudice.

Dated: 8/30/2007

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff

/s/Marc B. Koenigsberg
Marc B. Koenigsberg, Counsel for Defendants

- 1

**[PROPOSED] ORDER**

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with prejudice.

Date:

_____
HON. JEREMY FOGEL

- 2