**E-filed 9/6/07

1  RONALD WILCOX, Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: 408-296-0400
   Fax: 408-296-0486
4
   Attorney for Plaintiff
5

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| EUGENE DALTON,<br>    Plaintiff, | Case No. 07-CV-03965-JF<br><br>**STIPULATION TO DISMISS AND [~~P~~ROPOSED] ORDER** |
| CASHNETUSA d/b/a CASH AMERICA NET OF CALIFORNIA, LLC.,<br>    Defendants. | |

The parties have resolved this matter through a separate written agreement. Therefore, the parties request this matter be dismissed with prejudice.

Dated: 8/30/2007

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff


/s/Marc B. Koenigsberg
Marc B. Koenigsberg, Counsel for Defendants

- 1

1   **[PROPOSED] ORDER**

2   Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with
3   prejudice.

4

5   Date: 7/6/07

6
7   _____
8   HON. JEREMY FOGEL

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25